IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GLORIA J. WAGNER,

       Plaintiff,                                  CV F 04 5594 REC  WMW  P

   vs.                                          <u>ORDER</u>

CALIFORNIA DEPT. OF CORRECTIONS, et al.,

       Defendants.

       On May 23, 2005, the complaint on which this action proceeds was dismissed with leave to file an amended complaint. Plaintiff failed to file an amended complaint, and the court recommended dismissal of this action for failure to state a claim. Specifically, the court recommended dismissal for the defects noted in the complaint.

       On August 1, 2005, plaintiff filed objections to the findings and recommendations. Plaintiff appears to challenge the findings of the May 23, 2005, order. The court will provide plaintiff with a further opportunity to file an amended complaint.

1

1  Accordingly, IT IS HEREBY ORDERED that:

2      1. The July 5, 2005, recommendation of dismissal is vacated.

3      2. Plaintiff is granted an extension of time of thirty days from the date of service

4  of this order in which to file an amended complaint in compliance with the order of May 23,

5  2005.

9  IT IS SO ORDERED.

10 **Dated:   August 29, 2005**              /s/  William M. Wunderlich
   mmkd34                                    UNITED STATES MAGISTRATE JUDGE